IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S 03-049-WBS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF CONTINUING |
| v. ) | GARNISHMENT PURSUANT TO |
| ) | STIPULATION (Voluntary) |
| ORLANDO FRANCISCO TORRES, ) | |
| ) | |
| ) | |
| Defendant and ) | |
| Judgment Debtor. ) | |
| ———————————————————— ) | |
| ) | |
| MEDLINE INDUSTRIES, INC., ) | |
| ) | |
| Garnishee. ) | |
| ———————————————————— ) | |

Pursuant to the Stipulation Re Order of Continuing Garnishment
(Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee Medline Industries, Inc.
shall withhold each month and remit to the United States District
Court, $125.00 of defendant's disposable earnings*, until the
judgment is paid in full, or until further order of the Court.

DATED: September 13, 2007

_____
United States Magistrate Judge

* (Gross earnings less required withholdings for federal income
taxes, Social Security and Medicare taxes, state income taxes, state
disability insurance, and required payments to a public employee
retirement system)