**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| vs.   ) | **Docket Number:  2:03CR00049-02** |
| ) | |
| **Orlando Francisco TORRES**   ) | |
| ) | |

**LEGAL HISTORY:**

On August 20, 2003, the above-named was sentenced to 21 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 3 years, which commenced on November 18, 2004. Special conditions included: Warrantless search; Financial disclosure; Drug/alcohol testing/treatment program; and Co-payment for treatment program/testing.

**SUMMARY OF COMPLIANCE:**

Mr. Torres has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Orlando Francisco Torres has derived maximum benefit from supervision and is not in need of continued supervision.

RE:   Orlando Francisco TORRES
      Docket Number:  2:03CR00049-02
      **RECOMMENDATION TERMINATING**
      **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                    Respectfully submitted,


                     /s/ George A. Vidales
                    **GEORGE A. VIDALES**
                    **United States Probation Officer**


Dated:      10/11/2007
            Elk Grove, California
            GAV/cj



**REVIEWED BY:**      /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**


cc:   AUSA to be assigned (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**               ) | |
| ) | |
| vs.                                         ) | Docket Number:  2:03CR00049-02 |
| ) | |
| **Orlando Francisco TORRES**                ) | |
| ) | |

On November 18, 2004, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

                    Respectfully submitted,

                    /s/ George A. Vidales
                    **GEORGE A. VIDALES**
                    **United States Probation Officer**

Dated:       October 11, 2007
             Elk Grove, California
             GAV/cj

**REVIEWED BY**:    /s/ Deborah A. Spencer
                          **DEBORAH A. SPENCER**
                          **Supervising United States Probation Officer**

RE: **Orlando Francisco TORRES**
  **Docket Number:   2:03CR00049-02**
  **ORDER TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

Date:  October 30, 2007

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

GAV/cj
Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office